IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL NO. 22-cv-459 |
| | : | |
| ONE RIA (DERYA ARMS), MODEL VR-60, 12 GAUGE SHOTGUN, BEARING SERIAL NUMBER R220995, | : : : : | |
| | : | |
| DEFENDANT. | : | |

**<u>VERIFIED COMPLAINT FOR FORFEITURE</u>**

The United States of America, by and through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Adam E. Hanna, Assistant United States Attorney, states as follows:

1. This is a civil action *in rem* brought to enforce the provisions of 18 U.S.C. Section 924(d)(1) for the forfeiture of property which constitutes a firearm involved in or used in a knowing violation of 18 U.S.C. Section 922(g)(1).

2. This Court has subject-matter jurisdiction over this matter by virtue of 28 U.S.C. Section 1345, *in rem* jurisdiction by virtue of 28 U.S.C. § 1355, and venue by virtue of 28 U.S.C. Section 1395(b).

3. The defendant property was seized on or about October 7, 2021, while located within the jurisdiction of this Court and more specifically, at a residence located in Belleville, St. Clair County, Illinois.

4. The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A, which is attached hereto and fully incorporated herein by

reference.

5.  The defendant property constitutes firearms and ammunition involved in or used in a knowing violation of 18 U.S.C. Section 922(g)(1).

6.  The specific firearm that is the subject-matter of this complaint is described as:

**One RIA (Derya Arms), Model VR-60, 12 gauge shotgun, bearing serial number R220995**.

7.  The property is already in the possession, custody, and control of the United States.

WHEREFORE, the United States of America respectfully requests that a Warrant and Summons for Arrest of Articles *In Rem* be issued for One RIA (Derya Arms), Model VR-60, 12 gauge shotgun, bearing serial number R220995; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property to be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

*/s/ Adam E. Hanna*
ADAM E. HANNA
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208
(618) 628-3700

## **DECLARATION**

I am a Senior Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives and the agent assigned the responsibility for this case.

I have read the contents of the foregoing complaint for forfeiture and the exhibits thereto, and the statements contained therein are true to the best of my knowledge and belief.

Pursuant to 28 U.S.C. Section 1746(2), I declare under penalty of perjury the foregoing is true and correct.

Executed on this 7th day of March, 2022.

*/s/ Matthew R. Inlow w/consent*
MATTHEW R. INLOW
Senior Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives