## **EXHIBIT A**

State of Illinois )
) ss
County of St. Clair )

## **UNSWORN DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF COMPLAINT FOR FORFEITURE**

I, Matthew R. Inlow, declare under penalty of perjury the following:

At all relevant times, I have been a Senior Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (BATFE). The contents of this Declaration are based on information provided to me during the course of my investigation from participants in the criminal activity, from other witnesses, and from other law enforcement officers.

1. On October 7, 2021, the United States Marshal's Service (USMS) executed Arrest Warrants for Lindsey L. LOWERY that had been issued by The Circuit Court of the Twentieth Judicial Circuit St. Clair County, Illinois for 3 Counts of Attempted First Degree Murder, 1 Count of Aggravated Discharge of a Firearm, 1 Count of Aggravated Battery/Use Deadly Weapon, and 1 Count of Mob Action/Violence related to St. Clair County Case Number 21-CF-1554.

2. During the execution of the arrest warrant for LOWERY, Law Enforcement observed LOWERY running to the back bedroom where she was taken into custody. Law Enforcement observed a firearm laying on the bed in plain view. Law enforcement also located an XB-1 CVS capsule container with (2) clear bags of purported methamphetamine, located on the kitchen table.

3. LOWERY has an extensive criminal history which includes weapons and drugs and has been convicted of a crime punishable by imprisonment for a term exceeding one year. LOWERY is currently active on parole with the Illinois Department of Corrections (IDOC)

originating from drug offenses.

4. The firearm is described as a RIA (Derya Arms), Model VR-60, 12 gauge shotgun, bearing serial number R220995.

5. During a post arrest interview of LOWERY she admitted that she was a convicted felon and knew that she could not be around firearms. LOWERY also stated that she knew the firearm was in the bedroom on the bed and had covered up the firearm with a blanket that morning.

6. It is declarant's opinion that if the subject-matter firearm was received and/or possessed in the State of Illinois, it traveled in or affected interstate and/or foreign commerce.

7. Based on the foregoing, declarant believes that the RIA (Derya Arms), Model VR-60, 12 gauge shotgun, bearing serial number R220995, is property which constitutes a firearm involved in or used in a knowing violation of 18 U.S.C. Section 922(g)(1).

Pursuant to 28 U.S.C. Section 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __7__ day of March, 2022.

MATTHEW R. INLOW
Senior Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives